UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-22589-WILLIAMS

EDDIE L. PICKETT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court upon Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 6) on Petitioner's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255. Magistrate Judge Reid recommends dismissal for lack of subject matter jurisdiction as Petitioner's Motion is an unauthorized successive filing. Furthermore, Magistrate Judge Reid recommends that no certificate of appealability issue given that "jurists of reason would [not] find it debatable whether the district court was correct in its procedural ruling." (DE 6 at 6) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Petitioner did not file objections to the Report but did file a Motion for Certificate of Appealability (DE 8) in response to the Report. The Government filed a response in opposition to the motion (DE 9).

Upon and independent review of the Report (DE 6), the record, and applicable case law, it is **ORDERED AND ADJUDGED**:

1. The conclusions in the Report (DE 6) are **AFFIRMED AND ADOPTED**.
2. Petitioner's Motion for Certificate of Appealability (DE 8) is **DENIED**. No certificate of appealability shall issue.
3. This case is **DISMISSED**.

    4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>9th</u> day of February, 2021.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE

CC:   Eddie L. Pickett
        06275-104
        Coleman I-USP
        United States Penitentiary
        Inmate Mail/Parcels
        Post Office Box 1033
        Coleman, FL 33521
        *PRO SE*

        Noticing 2255 US Attorney
        Email: usafls-2255@usdoj.gov